FILED - GR
April 25, 2016 10:45 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: kw   Scanned:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE SMITH, #267009
   Plaintiff,

BONITA HOFFNER, et al.
   Defendants et al.,
_____/

Case No. 1:15-cv-82
Hon. Janet T. Neff
U.S. District Court Judge

## PLAINTIFF DERRICK LEE SMITH'S REQUEST FOR THE DEFENDANTS AND DEFENDANTS COUNSEL TO RESOLVE THIS CASE PRIOR TO A TRIAL BEING ORDERED BY THE PRESIDING JUDGE IN THE INTEREST OF REACHING AN ACCORD ON THE CLAIMS PRESENTED BY PLAINTIFFS AND SERVED BY THE COURT

Plaintiff, Derrick Lee Smith, in accordance with the Federal Rules of Civil Procedure Rules Governing case settlements prior to an actual trial being issued, now requests that the Attorney for the Defendants and the Defendants themselves attempt to resolve this case prior to trial by reaching an accord on the claims that Plaintiff has presented and that have been served upon the Defendants by this court.

Plaintiff seeks to request an Agreement that is mutually beneficial to all parties involved on the THE CLAIMS THAT HAVE BEEN REVIEWED AND SERVED UPON THE DEFENDANTS, only those claims.

Plaintiff is sending this request directly to the Defendants and defendants counsel in the hopes of reaching some type of settlement and mutually agreed upon resolution to this matter in the interest of fairness, justice and understanding that the claims raised by the Plaintiff are serious claims and that this case may be resolved prior to the scheduling of trial or any other motions being filed, if the parties can come to an agreement in this case.

Plaintiff seeks to have a resolution of this case if it is at all possibly on the CLAIMS THAT WERE PRESENTED BY THE PLAINTIFF AND SERVED UPON THE DEFENDANTS BY THE COURT.

### RELIEF REQUESTED

Wherefore, Plaintiff prays that this court will allow the motion to be



granted and also allow the defendants to resolve this matter prior to any trial being scheduled, IF THE DEFENDANTS ARE WILLING, and grant any further relief that is necessary.

Thank you.

*Derrick Smith*

Mr. Derrick Lee Smith
#267009-B-6Top
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

PROOF OF SERVICE

I SWEAR THAT THE PLEADINGS WERE MAILED TO THE ATTORNEY FOR DEFENDANTS AT: MICHIGAN ATTORNEY GENERALS OFFICE PO BOX 30217-LANSING, MI 48909-BY FIRST CLASS MAIL ON APRIL 20, 2016, IN MUSKEGON, MI.