UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE SMITH,

    Plaintiff,

Case No. 1:15-cv-82

v.

HON. JANET T. NEFF

BONITA HOFFNER, et al.,

    Defendants.

_____ /

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: May 12, 2017

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge